IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| REMECA C. WILLIAMS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 02-JEO-1869-S |
| | ) | |
| WASHINGTON MUTUAL HOME LOANS, | ) | |
| INC.; DUPONT MORTGAGE GROUP, INC.; | ) | |
| CONGRESSIONAL MORTGAGE CORP.; | ) | |
| JUPITER MORTGAGE CORPORATION; | ) | |
| SYNERGY MORTGAGE SOLUTIONS, INC.; | ) | |
| DEMETRIUS PARKS; and FLOSSIE | ) | |
| MANORA, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OPINION**

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved.[1] The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, the defendants' motion to dismiss (doc. 37) is due to be granted with regard to the Truth in Lending Act claim against Jupiter and Synergy being dismissed with prejudice and denied with regard to the remaining claims. An appropriate order will be entered.

DONE, this _____ day of August, 2003.

KARON O. BOWDRE
United States District Judge

---

[1] There were no objections to the report and recommendation.