IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| REMECA C. WILLIAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 02-JEO-1869-S |
| ) | |
| WASHINGTON MUTUAL HOME LOANS, ) | |
| INC.; DUPONT MORTGAGE GROUP, INC.; ) | |
| DEMETRIUS PARKS; FLOSSIE MANORA; ) | |
| and SYNERGY MORTGAGE SOLUTIONS, ) | |
| INC., ) | |
| ) | |
| Defendants. ) | |

**ENTERED**
**JAN 22 2004**

### MEMORANDUM OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation (doc. 77) and amended Report and Recommendation (doc. 79) are due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court.

In accord with the recommendations, the plaintiff's application for default judgment (doc. 57), supplemental application for default judgment (doc. 59), and second supplemental application for default judgment (doc. 62) are due to be granted. The plaintiff is due damages in the following amounts: $42,585.21 in economic losses, $25,000.00 in compensatory damages for mental anguish and emotional distress, and $25,000.00 in punitive damages. These findings are only binding upon defendant Dupont, which has failed to answer and respond to the court's previous orders. The determinations do not bind this court in further proceedings as to the other defendants that were not



required to respond or address the present matters. An appropriate order will be entered.

**DONE**, this _22rd_ day of _January_ 2004.

_/s/ Robert B. Propst_
ROBERT B. PROPST
SENIOR UNITED STATES DISTRICT JUDGE